474 A.2d 644

Commonwealth v. Phillips, Appellant.
Petition for Allowance of Appeal
Denied July 27, 1984.

Submitted October 21, 1983.  Edward J. O'Halloran, for appellant;  Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and WIEAND and MONTEMURO, JJ.

Order affirmed.

SPAETH, P.J., concurred in the result.